IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| TWILLA WALLACE, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 4:12-cv-00054 |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
|  | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered DENYING the Commissioner's Motion for Summary Judgment, GRANTING IN PART and DENYING IN PART Plaintiff's Motion for Summary Judgment, and REMANDING this case to the Commissioner for further proceedings [ECF No. 19]. The *Report* was filed on February 18, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**, the Commissioner's Motion for Summary Judgment is **DENIED**, the case is **REMANDED** to the Commissioner for further proceedings, and the Clerk is directed to **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Ballou.

ENTERED this 17th day of March, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE